No. 328. CENTRACCHIO *v.* GARRITY, U. S. ATTORNEY. C. A. 1st Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Bolling R. Powell, Jr.* for petitioner. *Acting*

*Solicitor General Stern, Assistant Attorney General Lyon, Ellis N. Slack* and *John Lockley* for respondent. ■